PROB 34
(Rev. 5/01)

**Report and Order Terminating Probation**

# UNITED STATES DISTRICT COURT

FOR THE

_District of Guam_

**FILED**
DISTRICT COURT OF GUAM
JUN - 1 2006
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

DANTE NARAG CABRERA

CRIMINAL CASE NO. 02-00084-001

It appearing that the above named has complied with the conditions of probation imposed by the order of the Court heretofore made and entered in this case and that the period of probation expired on **May 26, 2006**, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

**RECEIVED**
JUN - 1 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

cc: Joseph Tock, SAUSA
 G. Patrick Civille, Defense Counsel
 File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 1st day of June 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

**ORIGINAL**